Rose L. Horowitz, as Executrix of Samuel B. Horowitz, Deceased, Respondent, v. Estate of T. Cohen, Inc., Appellant.—

No opinion. Nolan, P. J., Carswell, Johnston, Sneed, and Wenzel, JJ., concur.